UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20327-CR-KING-BANDSTRA

UNITED STATES OF AMERICA,

v.

MICHAEL MUZIO,

   Defendant.
_____/

### ORDER DENYING DEFENDANT'S REQUEST FOR STATUS CONFERENCE CONCERNING THE NEW TRIAL DATE OF NOVEMBER 2009

THIS MATTER is before the Court upon Defendant's Request for Status Conference Concerning the New Trial Date of November 2009 (D.E. #45) filed July 16, 2009, in the above-styled case. Upon the Court's careful review of the record, it is

ORDERED, ADJUDGED and DECREED that Defendant's Request for Status Conference Concerning the New Trial Date of November 2009 **(D.E. #45)** be, and the same is hereby **DENIED**.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 20th day of July, 2009.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   Ryan Dwight O'Qionn, AUSA
      Karen Rochlin, AUSA

   *Counsel for Defendant:*
   Michael Caridad, AFPD