UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20327-CR-KING/BANDSTRA

UNITED STATES OF AMERICA,

vs.

MICHAEL J. MUZIO,

        Defendant.

_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court in connection with the request of the United States at sentencing for the Court to address restitution in this case in accordance with Title 18, United States Code, Sections 3556 and 3663A. Those statutes make restitution mandatory in cases such as this case involving fraud and deceit.

On August 12, 2010, this matter was referred to the undersigned for a restitution hearing and submission of a Report and Recommendation pursuant to 28 U.S.C. §636(b). Accordingly, the undersigned conducted a hearing on this matter on September 29, 2010. At that time, the Court was advised that the United States and defendant are in agreement as to the restitution amount calculated by the Probation Office to be assessed in this case.

Therefore, pursuant to applicable provisions of the Mandatory Victim Restitution Act of 1996 and specifically 18 U.S.C. §3663(A)(a)(1), and the agreement of the parties, it is hereby

RECOMMENDED that Defendant, Michael J. Muzio, be ORDERED to make restitution in the total amount of $631,976.06 following completion of his sentence as explained more fully herein.

## **PROCEDURAL HISTORY**

On February 1, 2010, defendant was found guilty at trial on charges of conspiracy to commit wire fraud, wire fraud, securities fraud, and making a false statement in connection with his involvement in International Business Ventures Group ("IBVG") and use of "wash trades" to manipulate share value in that publically held corporation.

On June 8, 2010, the undersigned conducted an evidentiary hearing on objections by defendant and the United States to the Presentence Investigation Report ("PSR")and submitted a Report and Recommendation to the Court finding, *inter alia*, that there were 72 victims of defendant's criminal activity with a total victim loss of $631,976.80. These calculations were based on the testimony of Special Agent Chanin Waterman, the lead FBI agent investigating this case, who reviewed investigative files and other information identifying investors in defendant's company (IBVG) after its incorporation in 2008. Special Agent Waterman calculated the total loss to the investors of $627,997.05 at that time which was the amount of loss used in the PSR for sentencing purposes.

On June 30, 2010, the Court sentenced defendant to 163 months incarceration for his crimes. Then, on August 12, 2010, this Court referred the matter of restitution to the undersigned for appropriate proceedings.

On September 29, 2010, the undersigned conducted a hearing on the appropriate restitution amount and was advised by the Probation Officer Nicole Lawrie that one additional victim had been located raising the total victim loss amount to $631,976.06. Both the government and defendant agreed to this amount as the appropriate restitution

to be paid by defendant should he be required to make restitution in this case.[1]

## ANALYSIS

This Court, pursuant to 18 U.S.C. §3664, has ordered the Probation Office to obtain information sufficient for the Court to fashion a restitution order pursuant to 18 U.S.C. §3663 which provides, in relevant part:

> (B)(1)   the court, in determining whether to order restitution under this section, shall consider - -
>
> (I) the amount of loss sustained by each victim as a result of the offense; ....

18 U.S.C. §3663(B)(1)(I).  The Probation Office, through USPO Nichole Lawrie, has determined that 72 victims suffered financial losses as a result of investing in defendant's fraudulent scheme, for a total victim loss of $631,976.06.[2]

Both the United States and defendants through counsel, agree with the method used and calculation of the total victim loss in this case.  While defendant maintains his position that he committed no fraud, he agrees with the calculation of victim loss contained

---

[1] Defendant, through counsel, objects to any restitution order consistent with his denial of all criminal wrongdoing on the charges of this case.  However, defense counsel, for purposes of setting an appropriate restitution amount, agrees with the current amount calculated by the Probation Office of $631,976.06 should restitution be ordered in this case.

[2] See Victim Loss for Restitution attached hereto as part of the Restitution Hearing Memorandum prepared by USPO Nicole Lawrie dated September 17, 2010. Officer Lawrie testified at the hearing that one additional witness was located after preparation of this memorandum resulting in recalculation of the total victim loss which now stands at $631,976.06.

herein and requests no further hearing on this matter. The government, too, concurs with the amount now calculated by Ms. Lowrie.

## SUMMARY

The undersigned accepts the Probation Officers' determination of a total victim loss of $631,976.06, based on the testimony of Special Agent Waterman and Probation Officer Lawrie at the two hearings conducted on this issue on June 8 and September 29, 2010. Both the United States and defendant agree with the calculated loss so that the undersigned now recommends an Order of Restitution in this case of $631,976.06.

The parties may serve and file written objections to this Report and Recommendation with the Honorable Judge James Lawrence King within ten (10) days of the receipt. *See* 28 U.S.C. §636(b)(1)(C). Failure to timely file an objection shall bar the parties from attacking on appeal the factual findings contained herein. *See LoConte v. Dugger*, 847 F.2d 745 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Respectfully submitted this 21st day of October, 2010, in Miami, Florida.

Ted E. Bandstra
United States Magistrate Judge

Copies furnished to:
Honorable James Lawrence King
All counsel of record

**United States Government**
MEMORANDUM

DATE:     September 13, 2010

FROM:   Nicole Lawrie,
        United States Probation Officer
        West Palm Beach, Florida

SUBJECT: MICHAEL MUZIO
         Docket No. 2009-CR-20327
         SD/FL PACTS No. 99897

TO:     The Honorable Ted E. Bandstra
        United States Magistrate Judge
        Miami, Florida

### Restitution Hearing

On February 17, 2010, the defendant was found guilty of Counts 1, 2, 3, 5, 6, 7, 8, 9, 10 and 12 of a 12-count Superceding Indictment. Count 1 charges conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. Counts 2, 3, and 4 charges wire fraud, in violation of 18 U.S.C. § 1343. Counts 5, 6, 7, 8, 9 and 10 charges securities fraud, in violation of 15 U.S.C. §§ 78j(b), 78ff(a). Counts 11 and 12 charges making a false statement, in violation of 18 U.S.C 1001(a)(2). Count 4 was voluntarily dismissed.

On June 30, 2010, the Honorable James Lawrence King, U.S. District Judge sentenced the defendant to serve a term of 163 months as to Counts 1, 2, 3, 5, 6, 7, 8, 9 and 10 and 60 months as to Counts 11 and 12 of the Superceding Indictment. All counts were ordered to be served concurrently. At the time of sentencing the Judge sentence also ordered a restitution hearing be set within 90 days of sentencing.

On August 12, 2010, Judge King referred this case to the Your Honor, requesting Your Honor hold a magistrate hearing and submit a Report and Recommendation to the Court.

The provisions of the Mandatory Victim Restitution Act of 1996 apply to these Title 18 offenses. The Mandatory Restitution Act of 1996, provides that victims may be entitled to an order of restitution for certain losses suffered as a direct result of the commission of the crime for which the defendant was convicted. Pursuant to Title 18 United States Code § 3663A(a)(1), the Court shall order the defendant to make restitution to the victims of the offense.

For Your Honor's consideration, the probation office has prepared a spreadsheet (attached) listing the victim's name and the amount of restitution owed, respectively. A copy of this spreadsheet has also been provided to counsel for the government and the defendant.

The Honorable Ted E. Bandstra
United States Magistrate Judge
September 13, 2010
Page 2

                         **RE:**   MICHAEL MUZIO
                                  Docket No. 2009-CR-20327

       Should Your Honor have any questions regarding this matter, please do not hesitate to contact this probation officer at the number above. In addition, please know the probation officer will also be present in court for the hearing set for Wednesday, September 15, 2010 at 10:00 a.m.

                                                     Sincerely,

                                                     Nicole Lawrie,
                                                     United States Probation Officer

Virginia Cataldo,
Supervising United States Probation Officer

MICHAEL MUZIO
CASE NUMBER 2009-CR-20327-KING
Victim List for Resitution

| Last | First | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|---|
| Alcindor | Jean Louverture | 673 E. 94th | Brooklyn | NY | 11236 | $12,000.00 |
| Alexis-Amousse | Valentine | 4401 Windmill Palm Way | Greenacres | FL | 33463 | $3,300.00 |
| Balaji | Raghavan | 841 Southgate Drive, #A4 | State College | PA | 16801 | $1,907.50 |
| Banning | Robert Johnson | 999 S. Madison Avenue | Pasadena | CA | 91106 | $1,920.00 |
| Beaubrun | Venance | 310 SE 8th Street | Delray Beach | FL | 33483 | $5,000.00 |
| Berger | Gregg | 765 Midland Avenue | Yonkers | NY | 10704 | $3,749.00 |
| Bongiorno | Christopher | 2721 Villa Cordoba | North Las Vegas | NV | 89086 | $680.00 |
| Bothwell | Arthur | 437 Newbold Road | Jenkintown | PA | 19046 | $55.00 |
| Bui | Cong | 5000 Leon Drive, Trlr 127 | Lake Charles | LA | 70605 | $2,365.00 |
| Butteau | Natacha Simeon | 146 SE 5th Avenue | Boynton Beach | FL | 33435 | $3,000.00 |
| Cezalien | Viergela | 5413 Reata Wat | Orlando | FL | 32810 | $4,000.00 |
| Charbel | Louis | 139 Exchange Avenue | Medford | MA | 2155 | $8,000.00 |
| Cloutier | Guimond | 1606 McLeod Drive | Plant City | FL | 33563 | $469.98 |
| Cohen | Lawrence & Amy | 106 11 O'Clock Road | Weston | CT | 6883 | $5,200.00 |
| Conner | Tomi | 2728 West Yale Avenue, #34 | Anaheim | CA | 92801 | $700.00 |
| Cortez | Joseph | 2616 Eastwood Lane | Round Rock | TX | 78664 | $150.00 |
| Curtis | Stacy | 13909 Carlson Farm Drive | Germantown | MD | 20874 | $18.00 |
| Dorimsond | Marie France | 361 NE 26th Street | Pompano Beach | FL | 33064 | $30.00 |
| Dorsainvil | Frantz | 9696 SW 1st Place | Boca Raton | FL | 33428 | $4,000.00 |
| Dorzie | Denise | 3308 NW 23rd Court | Lauderdale Lakes | FL | 33311 | $2,500.00 |
| Ductan | Wilma | 200 NE 25th Street | Pompano Beach | FL | 33064 | $8,000.00 |
| Dulski | Jared | 143 Hoyt Street, #3M | Stamford | CT | *06905 | $1,400.00 |
| Edzer | Richard | 4017 W. Hamilton Key | West Palm Beach | FL | 33411 | $2,500.00 |
| Engel | Harold & Debra | 1013 SE 125th Street | Vancouver | WA | 98683 | $8,944.00 |
| Saint-Armand | Etienne | 3910 Inverrary Boulevard, #E | Lauderhill | FL | 33319 | $6,000.00 |
| Fenelus | Raphael | 5904 Orchard Wat | West Palm Beach | FL | 33417 | $1,300.00 |
| Fileus | Ernest | 14038 Aster Avenue | Wellington | FL | 33414 | $0.00 |
| Fradestin | Demesvard | 2107 SW 12th Court | Delray Beach | FL | 33445 | $5,000.00 |
| Guerline | Joseph | 1423 South M Street | Lake Worth | FL | 33460 | $5,000.00 |
| Hayes | C.W., M.D. | 1084 Constitution Drive | Chatanooga | TN | 37405 | $1,550.00 |
| Honor | Bernade | 2802 SW S. Calabria Circle | Port St. Lucie | FL | 34953 | $8,000.00 |
| Janvier | Jean Louverture | 736 W. Chatelain Boulevard | Delray Beach | FL | 33445 | $5,000.00 |
| Jean-Baptiste | Renette | 539 NW 11th Avenue | Boynton Beach | FL | 33435 | $7,600.00 |
| Jean-Baptiste | Naise | 6037 Pine Abbey Drive South | West Palm Beach | FL | 33415 | $5,000.00 |

MICHAEL MUZIO
CASE NUMBER 2009-CR-20327-KING
Victim List for Resitution

| Last Name | First Name | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|---|
| Jean-Charles | Andre | 172 SE 31st Avenue | Boynton Beach | FL | 33435 | $5,000.00 |
| Jean-Louis | Ljones & Marie | 2113 3rd Street NW | Vero Beach | FL | 32962 | $3,000.00 |
| Jean-Louis | Francois | 734 E. Chatelain Boulevard | Delray Beach | FL | 33445 | $0.00 |
| Kantrowitz | Morton | 10841 Sunset Ridge Circle | Boynton Beach | FL | 33473 | $700.00 |
| Katheunky | Raymond & Fills Caine | 574 NW 53rd Avenue | Delray Beach | FL | 33445 | $2,500.00 |
| Kemper | John G. | 28163 Manchura | Mission Viejo | CA | 92692 | $1,600.00 |
| Kinard | John | 4964 Cloverhill Drive | Murfreesboro | TN | 37128 | $11,987.50 |
| Lake | Lavern | 3803 38th Way | West Palm Beach | FL | 33407 | $2,500.00 |
| Leu | Clariden | Bahnhofstrasse 32 PO Box 8022 Zurich | | Switzerland | | $2,375.00 |
| Madel | Mirlande | 12072 SW 210th Terrace | Miami | FL | 33177 | $10,750.00 |
| Marzocchi | Gerard | 797 Guadalupe Road | Gilbert | AZ | 85233 | $199.80 |
| Maycock | Larry & Carolyn | PO Box 2135 | Beaver | UT | 84713 | $1,189.88 |
| Menardy | Franz | 15335 Tall Oak Avenue | Delray Beach | FL | 33446 | $375,000.00 |
| Naremore | Steve | 1209 Broadway Street | Galveston | TX | 77550 | $640.00 |
| Nicosia | Peter | 30 South Goodman Street, # | Rochester | NY | 14607 | $910.00 |
| Owings | Ruth | 2062 Red Bud Road NE | Calhoun | GA | 30701 | $3,425.00 |
| Paige | Joel | 169 Cobb Hill Road | Alstead | NH | *03602 | $760.00 |
| Philo | Ralph | 1450 SW 5th Terrace | Deerfield Beach | FL | 33441 | $3,000.00 |
| Pierre-Louis | Jean-Endy | 18830 Cloud Lake Circle | Boca Raton | FL | 33496 | $3,000.00 |
| Roth | Axel | 2393 N. Ventura Avenue | Ventura | CA | 93001 | $157.80 |
| Saint-Armand | Eliezer | 17 Tarboro Street | Elmont | NY | 11003 | $3,000.00 |
| Santos | Adilberto Lins | 1731 15th Avenue North | Lake Worth | FL | 33460 | $5,000.00 |
| State of the Art Staffing | | 6905 Landings Drive, #205 | Lauderhill | FL | 33319 | $25,000.00 |
| Spralding | William | 12635 Holmes Road | Colorado Springs | CO | 12595 | $1,200.00 |
| Sterlin | Roosevelt | 2320 SW 18th Terrace | Fort Lauderdale | FL | 33315 | $20,000.00 |
| St. Vil | Jean | 6648 Rivermill Club Drive | Lake Worth | FL | 33463 | $318.72 |
| Tew | Robert Johnson | 2014 East Ridgehill Drive | Bountiful | UT | 84010 | $870.00 |
| Thomas | Steven | 13726 Atrium Avenue | Rosemount | MN | 55068 | $1,000.00 |
| Toussaint | Micart | 808 NE 17th Court, #2 | Fort Lauderdale | FL | 33305 | $3,000.00 |
| Toussaint | Georgeline | 4026 Inverrary Boulevard, #1 | Lauderhill | FL | 33319 | $2,500.00 |
| Trainia | Gregory | 55 Wallace Blvd | Hillsborough | NJ | 8844 | $1,500.00 |
| Turin | Madelyne | 2101 SW 12th Court | Delray Beach | FL | 33345 | $2,500.00 |
| Vincente | Rodolfo | 2101 SW 12th Court | Delray Beach | FL | 33345 | $2,500.00 |
| VonLutzow | Raph | 2324 Admiral Way | Sarasota | FL | 34231 | $1,228.00 |
| Wheaton | Jay | 309 Brentwood Drive | Temple Terrace | FL | 33617 | $0.00 |
| White | Jamie Morgan | PO Box 1729 | Beaver | UT | 84713 | $181.87 |
| Wilgens | Jean Louis | 327 South Ridge Road | Delray Beach | FL | 33444 | $4,000.00 |

MICHAEL MUZIO
CASE NUMBER 2009-CR-20327-KING
Victim List for Resitution

| | | | | | |
|---|---|---|---|---|---|
| Wojnowiak | Jason | 8412 Leeds Court | Weston | WI | 54476 | $665.00 |
| Ziegler | Shaun | 8040 N. Old State Road 37 | Bloomington | IN | 47408 | $500.00 |
| | | | | Total | $627,997.05 |