UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20327-CR-KING(s)
Magistrate Judge Bandstra

UNITED STATES OF AMERICA

v.

MICHAEL J. MUZIO

_____/

<u>ORDER</u>

This cause comes before the Court on the government's request at sentencing for an order imposing restitution. The Court referred the mater to Magistrate Judge Ted E. Bandstra for appropriate proceedings. Judge Bandstra held a hearing and issued a Report and Recommendation. DE 208. The defendant filed objections, DE 209, and the government has responded. After conducting a *de novo* review of the record, the Court determines that the Report contains well-reasoned recommendations.

Accordingly, after careful consideration, and the Court being otherwise fully advised, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Judge Bandstra's Report and Recommendation, DE 208, is hereby affirmed and adopted as an order of this Court, with the following provisions to effect the order. It is hereby further

ORDERED AND ADJUDGED that restitution is ordered against defendant Michael Muzio in the amount of $631,796.06. Restitution shall be made to the victims named in the list attached to the Report and Recommendation. DE 208. During the defendant's period

of incarceration, if the defendant earns wages in a Federal Prison Industries (UNICOR) job, then the defendant must pay 10% of wages earned toward the financial obligations imposed by this Judgment in a Criminal Case.  If the defendant does not work in a UNICOR job, then the defendant must pay $25 per quarter toward the financial obligations imposed in this Order.

Upon release from incarceration, the defendant shall pay restitution at the rate of 10% of monthly gross earnings, until such time as the Court may alter that schedule in the interests of justice.  The U.S. Bureau of Prisons, the U.S. Probation Office, and the United States Attorney's Office shall monitor payment of the restitution and shall report to the Court any material change in the defendant's ability to pay.  These payments do not preclude the government from using other assets or income of the defendant to satisfy the restitution obligations.  Further, the Court will enter an Amended Judgment and Commitment Order.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this __3__ day of November, 2010 in Miami, Florida.

> _James Lawrence King_
> JAMES LAWRENCE KING
> UNITED STATES DISTRICT JUDGE

cc: Counsel of record

2